UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DeANGELO LOFTIS,<br><br>Plaintiff<br><br>v.<br><br>S. MONTES, et al.,<br><br>Defendants. | Case No. 2:18-cv-4769-JFW (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all pleadings, motions, and other documents filed in this action, including the Report and Recommendation of the assigned United States Magistrate Judge. The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.[1]

Accordingly, **IT IS ORDERED** that:

---

[1] In lieu of objections, Plaintiff prematurely submitted his proposed Second Amended Complaint. Despite receiving Plaintiff's SAC on August 1, 2019, the Court has withheld docketing Plaintiff's pleading until the Magistrate's report and recommendation is accepted. The Court will docket Plaintiff's Second Amended Complaint simultaneously with this Order.

(1) The Magistrate Judge's Report and Recommendation is approved and accepted.

(2) Defendants' Motion to Dismiss is DENIED as to:

    a) Plaintiff's First Amendment retaliation claim against Defendant Montes based on the PM medication release incident;

    b) Defendants' request for dismissal based on qualified immunity, without prejudice.

(3) Defendants' Motion to Dismiss is GRANTED as follows:

    c) Plaintiff's retaliation claim against Defendant Montes based on the shower incident is DISMISSED with prejudice and without leave to amend;

    d) Plaintiff's retaliation claim against Defendant Fuentes based on the shower incident is DISMISSED with prejudice and without leave to amend; and

    e) Plaintiff's retaliation claim against Defendant Fuentes based on the PM medication release incident is DISMISSED with leave to amend.

(4) Plaintiff's Second Amended Complaint submitted on August 1, 2019 shall be docketed as the operative complaint;

(5) Within 30 days of this Order, Defendants shall file and serve an Answer to the Second Amended Complaint.

DATE: August 13, 2019

                                               JOHN F. WALTER
                                               UNITED STATES DISTRICT JUDGE