# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE DeANGELO LOFTIS, <br> Plaintiff <br> v. <br> S. MONTES and FUENTES, <br> Defendants. | Case No. 2:18-cv-4769-JFW (GJS) <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all pleadings, motions, and other documents filed in this action, including the Report and Recommendation of the assigned United States Magistrate Judge. The deadline to file Objections to the Report has passed, and no Objections have been filed with the Court.

///

Accordingly, **IT IS ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation is approved and accepted.

(2) Defendants' Motion to Dismiss is DENIED; (Dkt. 36.)

(3) Within 14 days of this Order, Defendants shall file and serve an Answer to the Second Amended Complaint.

DATE: March 18, 2020

JOHN F. WALTER
UNITED STATES DISTRICT JUDGE