JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARQUISE DeANGELO LOFTIS, ,**<br><br>Plaintiff,<br><br>v.<br><br>**S. MONTES et al.,**<br><br>Defendants. | Case No. 2:18-cv-04769-JFW-GJS<br><br>**ORDER GRANTING STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Having read and considered the parties' Stipulation for Voluntary Dismissal with Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED THAT:**

1.   The matter is dismissed with prejudice;

2.   Each party shall bear its own litigation costs and attorney's fees.

**IT IS SO ORDERED.**

Dated:  October 27, 2020

_____
The Honorable John F. Walter
U.S. District Judge